Case Number
CC 88 152.64
ID   YR   NUMBER
(To be completed by
Court Clerk)

# IN FORMA PAUPERIS DECLARATION

[Insert Appropriate Court]

CHUCK STOWENMILE # 153315
(Petitioner)

vs.

STATE OF ALABAMA
(Respondent(s))

2:06-CV-1153-MEF

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, CHUCK STOWENMILE, 153315, declare that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay costs of said proceeding or to give security therfor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No ✓

    a.  If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
        _____
        _____

    b.  If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
        _____
        _____

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession, or other form of self-employment?
        Yes _____    No ✓

    b.  Rent payments, interest, or dividends?
        Yes _____    No ✓

    c.  Pensions, annuities, or life insurance payments?
        Yes _____    No ✓

    d.  Gifts or inheritances?
        Yes _____    No ✓

    e.  Any other sources?
        Yes _____    No _____

Page 1

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?
   Yes _____    No _____

   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If the answer is "yes," describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  12-18-2006
                (Date)

_____Chuck Stovlmnett #153319_____
Signature of Petitioner

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ 1.01 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said Ventress Correctional Facility institution:

_Completed monthly balance tetaked_

12/22/06
Date

Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016-0767

_____
AUTHORIZED OFFICER OF INSTITUTION

Rule 32
Page 2

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

AIS #: 153319       NAME: STOUDMIRE, CHUCK                AS OF: 12/22/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| DEC | 9  | $2.17 | $0.00 |
| JAN | 31 | $3.83 | $32.00 |
| FEB | 28 | $1.59 | $50.00 |
| MAR | 31 | $2.01 | $50.00 |
| APR | 30 | $5.22 | $40.00 |
| MAY | 31 | $0.95 | $42.00 |
| JUN | 30 | $3.47 | $34.00 |
| JUL | 31 | $2.96 | $60.00 |
| AUG | 31 | $2.05 | $40.00 |
| SEP | 30 | $0.84 | $75.00 |
| OCT | 31 | $5.24 | $60.00 |
| NOV | 30 | $3.39 | $70.00 |
| DEC | 22 | $0.85 | $0.00 |