IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHUCK STOUDEMIRE
#153319.
PETITIONER,

V.

WARDEN GILES, ET AL.,
RESPONDENT.

2:06-CV-1153
MEF (WO)

OBJECTIONS MAGISTRATE JUDGE
RECOMMENDATION.

PETITIONER, CHUCK STOUDEMIRE FILED A WRIT
HABEAS CORPUS TOO SEEING TO CHALLENSE HIS
1989, CONVICTION FOR ATTEMPTED MURDER
ENTER AGAINST HIM BY THE CIRCUIT
COURT FOR COVINGTON COUNTY, ALABAMA.
PETITION IS SERVING A 25 YEAR TERM OF
IMPRISONMENT FOR HIS CONVICTION.

DISCUSSION.

PETITION DIDN'T KNOW THAT HE FILED A FIRST
PETITION IN 1994, STOUDEMIRE V. NAGLE, CIVIL
ACTION NO. 2:53-CV-369 TMH (M.D. ALA. 1994.

THAN HAS BEING 13 YEAR AGO. THE PETITION HAVE FILED FOUR MORE RULE-32. TOO THE COURT THAN HAS BEING DISMISSED. PETITION ASKED THE COURT TOO GRANTED HIM THIS SECORD HABEAS CORPUS. THAT HIS DUE PROCESS RIGHT WAS VIOLATED IN HIS CASE, PETITION NEVER FILED ANY APPEAL TOO THE ELEVENTH CIRCUIT COURT, THE PETITIONER ASKED THIS COURT TOO SEND HIS PETITION TOO THE ELEVENTH CIRCUIT TOO BE LOOKING AT ALSO TO CORRECTION MANIFEST INJUSTICE IN HIS CASE. PETITIONER DIDNT KNOW THAT YOU COULD NOT FILED A SECORD PETITION.

DONE THIS 17 DAY OF JAN 2007

Chuck Stoydemire

CHUCK STOYDEMIRE #153315
DORM-A-1-76-A.
P. O. BOX 776
CLAYTON, ALA. 36016