IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CHUCK STOUDEMIRE, #153319, | ) |
| | ) |
|     Petitioner, | ) |
| v. | ) CASE NO. 2:06-cv-1153-MEF |
| | ) |
| WARDEN GILES, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)   The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #5) filed on January 18, 2007 are overruled;

(2)   The Recommendation of the United States Magistrate Judge entered on January 11, 2007 (Doc. #4) is adopted;

(3)   The application for habeas corpus relief is DISMISSED as this court is without jurisdiction to review the instant petition.

DONE this 27th day of March, 2007.

                                               /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE