IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 APR 19 A 9: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Chuck Stoudemire,

 Petitioner,

v.

Warden Giles, et al.,
 Respondent(s),

Case No. 2:06-CV-1153-MEF

## NOTICE OF APPEAL
## AND REQUEST TO PROCEED IN FORMA PAUPERIS

Notice is hereby given that Chuck Stoudemire, the pro se Petitioner, in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order entered on March 27, 2007 by Chief United States District Judge Mark E. Fuller, entered in this action.

Petitioner further requests that he be allowed to proceed on this appeal without prepayment of costs or security therefor, as he was allowed to do in the lower courts because his status as an indigent has not changed.

Pursuant to 28 U.S.C. Section 1746, I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted on this _18_ day of April, 2007.

*Chuck Stoudemire*
Chuck Stoudemire
AIS #152319, Dorm A1
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

## CERTIFICATE OF SERVICE

I, Chuck Stoudemire, the pro se petitioner in this matter hereby certifies that on this __18__ day of April, 2007 I have served a true and correct copy of the foregoing on the respondents through the Office of the Attorney General of the State of Alabama and have served three (3) copies of the same on the Clerk of the United States District Court for the Middle District of Alabama, by placing the same in the United States Mail here at Ventress Correctional Facility, furst class postage prepaid, and addressed as below:

Service By: _/s/ Chuck Stoudemire_
Chuck Stoudemire
Pro Se Petitioner
AIS #153319, Dorm Al
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016-0767

Service To:

Clerk, United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL  36101--711

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, AL  36130

(2)

NAME Chuck Stoudemire   AIS # 153319   DORM # A1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LAW LIBRARY

Clerk, United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL
36101-0711

US POSTAGE $00.63
PITNEY BOWES
02 1P
0002403830 APR 18 2007
MAILED FROM ZIP CODE 36016

63