IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11805-G

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL. 2 7 2007

THOMAS K. KAHN
CLERK

---

RECEIVED

2007 JUL 30 A 11 04

HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

CHUCK STOUDEMIRE,

Petitioner-Appellant,

versus

WARDEN GILES,
TROY KING,
The Attorney General of the State,

Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Because his petition is impermissibly second or successive, appellant has failed to satisfy the second prong of Slack's test. The motion for a certificate of appealability, construed from the notice of appeal, is DENIED.

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

/s/ Joel F. Dubina
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _Walli Pollard_

Deputy Clerk
Atlanta, Georgia

2